# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gritzner, James E. | 2. Court or Organization<br><br>U.S. District Court SDIA | 3. Date of Report<br><br>06/26/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
123 East Walnut Street
Des Moines, IA
50309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Dakota Wesleyan University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 06/26/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 06/26/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1 | | | | | | | | | |
| 2. -USB Cash Reseerves Fund | C | Dividend | J | T | | | | | |
| 3. -Columbia Acorn Tr. Fd. A | B | Dividend | K | T | Sold (part) | 04/22/13 | K | D | |
| 4. | | | | | Sold (part) | 05/07/13 | K | C | |
| 5. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 6. -Euro Pac Growth Fd. Cl. F | A | Dividend | | | Sold | 04/17/13 | J | B | |
| 7. -1st Eagle Global Fd | A | Dividend | J | T | Buy (add'l) | 06/11/13 | J | | |
| 8. -Ivy Asset Strategy | A | Dividend | K | T | Sold (part) | 06/10/13 | J | A | |
| 9. -Goldman Sachs Fltg Rate | A | Dividend | | | Sold | 04/22/13 | J | A | |
| 10. -Templeton Global Total Return | A | Dividend | K | T | Sold (part) | 06/10/13 | J | A | |
| 11. -Double Line Total Return | B | Dividend | J | T | Sold (part) | 04/17/13 | J | A | |
| 12. | | | | | Sold (part) | 05/02/13 | J | A | |
| 13. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 14. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 15. | | | | | Sold (part) | 10/24/13 | J | A | |
| 16. IRA#1 | E | Dividend | O | T | | | | | |
| 17. -USB Liquid Assets Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity New Insights Fd A | | | | | Sold | 02/07/13 | L | E | |
| 19. -First Eagle Overseas | | | | | Buy (add'l) | 07/16/13 | J | | |
| 20. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 21. | | | | | Sold | 09/12/13 | L | C | |
| 22. -FPA Crescent | | | | | Buy (add'l) | 04/05/13 | J | | |
| 23. -Franklin Value Invs Tr | | | | | | | | | |
| 24. -Blackrock Floating Rate Inc | | | | | | | | | |
| 25. -Brandes Intl. Small Cap | | | | | Buy | 10/24/13 | J | | |
| 26. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 27. -Calamos Growth & Inc. | | | | | Sold (part) | 04/08/13 | K | B | |
| 28. | | | | | Sold | 04/09/13 | J | A | |
| 29. -Center Coast | | | | | Buy | 12/17/13 | J | | |
| 30. | | | | | Sold | 12/30/13 | J | A | |
| 31. -Delaware Select Growth | | | | | Buy | 02/07/13 | L | | |
| 32. -Double Line Total Ret. | | | | | Sold (part) | 05/16/13 | J | A | |
| 33. | | | | | Sold | 08/16/13 | K | | |
| 34. -Ishares Russell 2000 ETF | | | | | Buy | 07/02/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/16/13 | J | | |
| 36. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 37. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 38. -Kayne Anderson Total Ret. | | | | | Buy | 01/30/13 | J | | |
| 39. | | | | | Buy (add'l) | 01/30/13 | J | | |
| 40. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 41. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 42. -Legg Mason Brandywine | | | | | Buy | 08/02/13 | K | | |
| 43. | | | | | Buy (add'l) | 09/11/13 | K | | |
| 44. | | | | | Sold (part) | 12/17/13 | J | | |
| 45. | | | | | Sold | 12/31/13 | K | A | |
| 46. -Legg Mason Global Opp. Bd. | | | | | Sold (part) | 08/02/13 | K | | |
| 47. | | | | | Sold | 09/11/13 | K | | |
| 48. -Matthews Asia | | | | | Sold (part) | 06/25/13 | K | B | |
| 49. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 50. | | | | | Buy (add'l) | 12/22/13 | K | | |
| 51. -MFS Intl. Value | | | | | Buy | 09/12/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Oppenheimer Dev. Mkts. | | | | | Sold (part) | 06/25/13 | J | | |
| 53. | | | | | Sold (part) | 06/27/13 | J | | |
| 54. | | | | | Sold | 10/28/13 | J | C | |
| 55. -Principal Pref. Securities | | | | | Sold | 04/19/13 | K | C | |
| 56. -PIMCO All Assets | | | | | Sold (part) | 06/25/13 | K | | |
| 57. | | | | | Sold | 07/01/13 | J | | |
| 58. -Spider S&P Div. | | | | | Buy (add'l) | 06/25/13 | K | | |
| 59. -Spider S&P Gold | | | | | Sold | 10/28/13 | J | | |
| 60. -TCW total Return Bd. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 61. -Tortoise Mlp. Fd. | | | | | Sold (part) | 01/24/13 | J | A | |
| 62. | | | | | Sold (part) | 01/25/13 | J | A | |
| 63. | | | | | Sold (part) | 01/25/13 | J | A | |
| 64. | | | | | Sold (part) | 01/25/13 | J | A | |
| 65. | | | | | Sold (part) | 01/25/13 | J | A | |
| 66. | | | | | Sold | 01/25/13 | J | A | |
| 67. -Touchstone Merger Arb. | | | | | Buy (add'l) | 04/19/13 | K | | |
| 68. | | | | | Buy (add'l) | 08/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Virtus Prem Alpha | | | | | Buy (add'l) | 04/08/13 | K | | |
| 70. | | | | | Buy (add'l) | 05/20/13 | J | | |
| 71. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 72. -Wells Fargo Adv Abs Ret. | | | | | Buy | 12/31/13 | K | | |
| 73. Brokerage Acct. #2 | | | | | | | | | |
| 74. -USB Bank Dep. Acct. | A | Dividend | J | T | | | | | |
| 75. -Legg Mason Short Dur. Muni Income Fd. | A | Dividend | J | T | | | | | |
| 76. -Legg Mason Intermediate Term Fd. | A | Dividend | J | T | | | | | |
| 77. -AIM Real Est Inc. Fd. | A | Dividend | J | T | | | | | |
| 78. -Blackrock Fltg Rate Inc | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 79. | | | | | Sold | 04/22/13 | J | A | |
| 80. -Columbia Short Term Muni Bond FD | A | Dividend | J | T | | | | | |
| 81. -Franklin Fed Tax Free Inc FD | A | Dividend | J | T | | | | | |
| 82. -Goldman Sachs Fltg Rate | A | Dividend | J | T | | | | | |
| 83. -Legg Mason Western Asset Muni FD | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 84. | | | | | Sold | 04/22/13 | J | A | |
| 85. -MFS Emerging Mkts Bond | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 04/19/13 | J | A | |
| 87. -Principal Investors Prfd. | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 88. | | | | | Sold | 04/22/13 | J | B | |
| 89. -TCW Total Return Bond | A | Dividend | J | T | Buy (add'l) | 01/02/13 | J | | |
| 90. | | | | | Sold (part) | 01/04/13 | J | A | |
| 91. | | | | | Sold | 04/18/13 | J | A | |
| 92. -Thornburg Inc Bldr. | A | Dividend | J | T | | | | | |
| 93. -Tortoise MLP FD | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 94. | | | | | Sold | 04/22/13 | J | B | |
| 95. -Touchstone Merg. Arb. | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 96. | | | | | Buy (add'l) | 04/19/13 | J | | |
| 97. | | | | | Sold | 04/22/13 | J | A | |
| 98. -Doubleline Low Dur. Bd. | A | Dividend | | | Sold | 01/06/13 | J | | |
| 99. -Double Line Total Ret. | A | Dividend | | | Buy (add'l) | 01/04/13 | J | | |
| 100. | | | | | Sold | 04/18/13 | J | A | |
| 101. -DWS Strategic Hi Yld Tax Free | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 102. -FPA Crescent | A | Dividend | | | Buy (add'l) | 01/04/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold | 04/18/13 | J | B | |
| 104. -Guggenheim Macro Opps | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 105. | | | | | Buy (add'l) | 04/19/13 | J | | |
| 106. | | | | | Sold | 04/22/13 | J | A | |
| 107. -Legg Mason Global Opp Bd. | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 108. | | | | | Sold | 04/22/13 | J | A | |
| 109. -Matthews Asia | A | Dividend | | | Buy (add'l) | 01/04/13 | J | | |
| 110. | | | | | Sold | 04/18/13 | J | B | |
| 111. -Morgan Stanley Prd. 6.6% | A | Dividend | J | T | | | | | |
| 112. -SPDR Gold Trust | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 113. | | | | | Sold | 04/22/13 | J | | |
| 114. -SPDR S&P Div. | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 115. | | | | | Sold | 04/22/13 | J | | |
| 116. -TCW Total Ret. Bd. | A | Dividend | | | Buy | 01/02/13 | J | | |
| 117. | | | | | Sold (part) | 01/04/13 | J | A | |
| 118. | | | | | Sold | 04/18/13 | J | A | |
| 119. West Des Moines State Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 06/26/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Due to inaccurate information on a broker report am asset on the 2012 report had been sold in 2012: Line 35, Doubleline Low Duration Bond

CD's listed on the 2012 report at lines 106-109, 126, and 143-144 had previously matured and are no longer held.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ James E. Gritzner

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544